NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE COLLEN IP INTELLECTUAL PROPERTY LAW, P.C.,**

———————————

2012-1114, -1115
(Serial Nos. 77/513,717, 77/513,748)

———————————

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

———————————

**JUDGMENT**

———————————

JEFFREY A. LINDENBAUM, Collen IP Intellectual Property Law, P.C., of Ossining, New York, argued for appellant.

CHRISTINA J. HIEBER, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were RAYMOND T. CHEN, Solicitor, and THOMAS L. CASAGRANDE, Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 9, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |